UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTINA BOTTO,

     Plaintiff,

v.                                Case No: 8:18-cv-107-T-36CPT

ALLIANCEONE INCORPORATED
(DELAWARE),

     Defendant.
_____/

**O R D E R**

     Before the Court is the Notice of Voluntary Dismissal with Prejudice (Doc. 8).  In accord with the Notice of Voluntary Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

     1)     The Notice of Voluntary Dismissal with Prejudice is **APPROVED** (Doc. 8).

     2)     This cause is dismissed, with prejudice.

     3)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

     **DONE AND ORDERED** in Tampa, Florida on February 12, 2018.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record